UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Wesley International, Inc.    Case No. 98-51745-pjs

Chapter 7

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Four Hundred Five and 98/100</u> dollars ($405.98) of unclaimed funds held in the U.S. Treasury to:

> Bell Fork Lift, Inc.
> c/o Attorney Frank A. Cusumano, Jr.
> 4000 Crooks Road, #a00A
> Royal Oak, MI 48073

Signed on October 06, 2009

/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge